- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EQUILIBRE BIOPHARMACEUTICALS CORP.,<br><br>                     Debtor. | Chapter 7<br><br>Case No. 23-12099 (PB) |
| GREGORY M. MESSER, Solely in His Capacity as Chapter 7 Trustee of the Estate of Equilibre Biopharmaceuticals Corp.,<br><br>                     Plaintiff,<br><br>    v.<br><br>SAMUEL WAKSAL, individually, as the former Chairperson, Chief Executive Officer, and President of Equilibre Biopharmaceuticals Corp. Chairperson, and Chief Executive Officer and President of Graviton Bioscience Corporation, Graviton Bioscience Holding Corporation, Graviton US Corp. (USA), and Graviton Bioscience B.V., FRANCOIS MAISONROUGE, RUI WU, PETER SIMON, GRAVITON BIOSCIENCE CORPORATION, GRAVITON BIOSCIENCE HOLDING CORPORATION, GRAVITON US CORP. (USA), GRAVITON BIOSCIENCE B.V., BIHUA CHEN,<br><br>                     Defendants. | Adv. Proc. No. 25-01087 (PB)<br><br><br><br>Civil No. 25-CV-5486 (DEH) |

## RESPONSE OF DEFENDANTS MAISONROUGE AND SIMON
## TO MOTION TO WITHDRAW THE REFERENCE

KL3 3757299.3

- 2 -

Defendants Francois Maisonrouge and Peter Simon respectfully submit this response to the June 23, 2025 motion to withdraw the reference of the adversary proceeding from the Bankruptcy Court to the United States District Court for the Southern District of New York, filed by Defendants Samuel Waksal, Rui Wu, Graviton Bioscience Corporation, Graviton Bioscience Holding Corporation, Graviton US Corp. (USA), Graviton Bioscience B.V., and Bihua Chen. Defendants Maisonrouge and Simon take no position with respect to the pending motion.

Dated: New York, New York
       July 16, 2025

                      HERBERT SMITH FREEHILLS KRAMER (US) LLP

                      /s/ *Paul H. Schoeman*
                      Paul H. Schoeman
                      Jonathan M. Wagner
                      Irene Weintraub
                      1177 Avenue of the Americas
                      New York, New York 10036
                      Telephone: (212) 715-9100
                      Facsimile: (212) 715-8000
                      Email: Paul.Schoeman@hsfkramer.com
                               Jonathan.Wagner@hsfkramer.com
                               Irene.Weintraub@hsfkramer.com

                      *Attorneys for Defendants Maisonrouge and Simon*

KL3 3757299.3