**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

EQUILIBRE BIOPHARMACEUTICALS
CORP.,

                        Debtor.
------------------------------------------------------------------X
 GREGORY M. MESSER, Solely in His
Capacity as Chapter 7 Trustee of Equilibre
Biopharmaceuticals Corp.,

                        Plaintiff,                                25 **CIVIL** 5486 (DEH)

            -against-                                             **JUDGMENT**


 SAMUEL WAKSAL, et al.,

                        Defendants.
------------------------------------------------------------------X


        It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 12, 2026, the Withdrawal

Motion is denied without prejudice.

**Dated:**  New York, New York
        January 14, 2026

                                            **TAMMI M. HELLWIG**
                                            _____
                                                **Clerk of Court**


                                    BY: _____
                                            **Deputy Clerk**